# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROMEIRO MASED WILLIAMS, <br><br> Defendant. | Cause No.: CR-21-72-GF-BMM <br><br> **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING** |

Upon the Defendant's unopposed motion to continue sentencing, good cause appearing therefrom, IT IS HEREBY ORDERED that the Sentencing currently set for December 8th, 2022 is VACATED and RESET for January 19, 2023 at 1:30 p.m.

DATED this 1st day of December, 2022.

_____
Brian Morris, Chief District Judge
United States District Court